

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| CARLTON PRIESTER, | § | No. 08-13-00278-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D02625) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **May 1, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joseph Vasquez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 1, 2014.

If the brief is not filed by the due date or if another extension request is made, the Court will consider whether it should issue an order to the trial court to conduct a hearing to determine why the brief has not been filed in accordance with Tex.R.App.P. 38.8(b).

IT IS SO ORDERED this 9th day of April, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.